# DEFENDANT INFORMATION SHEET

**TO:** Clerk, U.S. District Court         [X] Felony         [ ] Class A Misdemeanor

**DEFENDANT:** Luqmaan Khan         [ ] Indictment         [ ] Information

**DOB (Year Only)** 2000         **COUNTY OF OFFENSE:** New Castle

| OFFENSE(S) & CITATION(S): | MAXIMUM PENALTIES: |
|---|---|
| Count One: Possession of a Machinegun, in violation of 18 U.S.C. § 922(o) | 15 years' incarceration; 3 years' supervised release; $250,000 fine; $100 SA |
| Count Two: Possession of a Firearm Without Registration in the National Firearms Registration and Transfer Record ("NFRTR"), in violation of 26 U.S.C. § 5861(d). | 10 years' incarceration; 3 years' supervised release; $10,000 fine; $100 SA |

## INSTRUCTIONS

[ ] Order to Produce for Arraignment on: _____ at 1:00 p.m.

[X] Issue Arrest Warrant upon signing of Order

[ ] Issue Summons for Initial Appearance on: _____ at _____

[ ] Interpreter Needed         Language _____

## DEFENDANT INFORMATION

**Defendant's Address:** █████████████

**City:** Wilmington     **County:** New Castle     **State:** DE     **Zip:**

**Date of Arrest:** 11/26/25     **Date of 1st Appearance in this District**

**Bail Set:**     **Date Made:**     **Remains in Federal Custody** [ ]


*/s/ Samuel Frey*
Samuel S. Frey
Assistant United States Attorney