IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No.: 25-647M |
| | : | |
| LUQMAAN KHAN, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

IT IS HEREBY ORDERED that:

1.  The detention and preliminary hearings scheduled for December 11, 2025, are CONTINUED.

2.  The hearings are re-scheduled for the 15th day of January 2026, at 1:00 p.m. in courtroom 6C, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Defendant's presence for this proceeding is required.

3.  The time from December 11, 2025, until January 15, 2026, is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

Dated: 12/10/2025

_Christopher J. Burke_
HONORABLE CHRISTOPHER J. BURKE
United States Magistrate Judge